# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Gregg D. Smith Sr.          CHAPTER 13

<u>Debtor(s)</u>          BKY. NO. 20-10946 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

            Respectfully submitted,
            **/s/ Rebecca A. Solarz Esquire**
            Rebecca A Solarz, Esquire
            Kevin G. McDonald, Esquire
            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106-1532
            (215) 627-1322