United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 20-10946-mdc
Gregg D. Smith, Sr.                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: TashaD             Page 1 of 2            Date Rcvd: Jun 04, 2020
                             Form ID: pdf900          Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2020.
```
db          +Gregg D. Smith, Sr.,    1214 Willow Street,    Coatesville, PA 19320-5703
cr          +The Bank of New York Mellon,    Robertson, Anschutz, Schneid & Crane LLC,
             10700 Abbott's Bridge Road, Suite 170,    Duluth, GA 30097-8461
14482296    +Comm. of PA Dept. of Revenue,    c/o Carol E. Momjian, Esquire,    Office of Attorney General,
             1600 Arch Street, Suite 300,    Philadelphia, PA 19103-2016
14468314    +DNB,   4 Brandywine Avenue,    Downingtown, PA 19335-2926
14483905     Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408
14492116    +THE BANK OF NEW YORK MELLON,    ATTN: Bankruptcy Dept,    PO Box 619096,    Dallas TX 75261-9096
14468318    +The Bank of New York,    7105 Corporate Drive, PTX C-35,    Plano, TX 75024-4100
14478613    +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14480287    +Toyota Motor Credit Corporation,    C/O REBECCA ANN SOLARZ,    KML Law Group, P.C.,
             701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
14479947    +Toyota Motor Credit Corporation,    C/O KML Law Group,    701 Market Street Suite 5000,
             Philadelphia, PA. 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Jun 05 2020 03:12:47     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 05 2020 03:12:45     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 05 2020 03:12:19
             Commonwealth of Pennsylvania Department of Revenue,    Bureau of Compliance,    Dept. 280946,
             Harrisburg, PA  17128-0946
14496842    +E-mail/Text: bankruptcy@cavps.com Jun 05 2020 03:12:42     Cavalry Investments, LLC,
             500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14468311    +E-mail/Text: bankruptcy@cavps.com Jun 05 2020 03:12:42     Cavalry SPV,    Citibank,
             500 Summit Lake Drive,    sTE 400,    Valhalla, NY 10595-2321
14468312    +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 05 2020 03:12:19     Commonwealth Of PA,
             POB 280946,    Harrisburg, PA 17128-0946
14468315     E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 05 2020 03:12:03     IRS,    Philadelphia, PA 19255
14481833     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 05 2020 03:12:19
             Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
             Harrisburg, PA  17128-0946
14468317    +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 05 2020 03:10:50     Pinnacle Credit,
             POB 640,    Hopkins, MN 55343-0640
14473633     E-mail/PDF: resurgentbknotifications@resurgent.com Jun 05 2020 03:11:06
             Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
             Greenville, SC 29603-0587
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*         Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
14468313*   +Commonwealth Of PA,    POB 280946,    Harrisburg, PA 17128-0946
14468316*  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
             PHILADELPHIA PA 19101-7346
             (address filed with court: IRS,    Philadelphia, PA 19255)
                                                                                 TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: TashaD              Page 2 of 2                  Date Rcvd: Jun 04, 2020
                              Form ID: pdf900           Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 4, 2020 at the address(es) listed below:
              ANTHONY  ST. JOSEPH    on behalf of Creditor    United States of America on Behalf of IRS
               anthony.stjoseph@usdoj.gov,  mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov
              CAROL E. MOMJIAN    on behalf of Creditor    Commonwealth of Pennsylvania Department of Revenue
               cmomjian@attorneygeneral.gov
              GARY E. THOMPSON    on behalf of Debtor Gregg D. Smith, Sr. get24esq@aol.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                            TOTAL: 7
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
GREGG D. SMITH, SR.

Chapter 13

Debtor

Bankruptcy No. 20-10946-MDC

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

June 4, 2020

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
GARY E THOMPSON
150 E SWEDESFORD RD
1ST FLOOR
WAYNE, PA 19087-

Debtor:
GREGG D. SMITH, SR.

1214 WILLOW STREET

COATESVILLE, PA 19320-